**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7669**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PATRICK LAMAR HARRIS,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence.  C. Weston Houck, District Judge. (CR-94-297, CA-98-2795-4-12)

_____

Submitted:  January 17, 2002          Decided:  January 29, 2002

_____

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Patrick Lamar Harris, Appellant Pro Se.  Marshall Prince, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Patrick Lamar Harris seeks to appeal the district court's order denying his motion for reconsideration of the denial of his 28 U.S.C.A. § 2255 (West Supp. 2001) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United Stats v. Harris</u>, Nos. CR-94-297; CA-98-2795-4-12 (D.S.C. Aug. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>